Jurgenson *v.* 2991 School Lane Corp.,
Appellant.

Argued March 29, 1973. *Daniel T. McWilliams*, with him *McWilliams & Sweeney*, for appellant; *Miles Warner*, with him *Joseph J. Carlin* and *John J. O'Brien, Jr.*, for appellee.

Judgment affirmed.